IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GREGORY WOULLARD,                      :
                                       :
        Petitioner,                    :
                                       :
vs.                                    :      CIVIL ACTION 11-0706-KD-M
                                       :
CYNTHIA WHITE,                         :
                                       :
        Respondent.                    :


ORDER


        After due and proper consideration of all pleadings in this
file, and there having been no objections filed, the
Recommendation of the Magistrate Judge made under 28 U.S.C. §
636(b)(1)(B) is adopted as the opinion of this Court.

        It is ORDERED that this habeas petition be **DISMISSED** as
time-barred.  It is further ORDERED that, should Petitioner file
a certificate of appealability, it be **DENIED** as he is not
entitled to appeal *in forma pauperis*.

        DONE this 26th day of June, 2012.


                                s/ Kristi K. DuBose
                                KRISTI K. DuBOSE
                                UNITED STATES DISTRICT JUDGE