```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

GREGORY WOULLARD,                       :
                                        :
    Petitioner,                         :
                                        :
vs.                                     :     CIVIL ACTION 11-0706-KD-M
                                        :
CYNTHIA WHITE,                          :
                                        :
    Respondent.                         :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Cynthia White and against Petitioner Gregory Woullard.  Petitioner is not entitled to a certificate of appealability or to appeal in forma pauperis.

    DONE this 26th day of June, 2012.


                                         s/ Kristi K. DuBose
                                         KRISTI K. DuBOSE
                                         UNITED STATES DISTRICT JUDGE