IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GREGORY WOULLARD,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 11-00706-KD-M |
| **CYNTHIA WHITE,** | : |
| Respondent. | : |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Cynthia White and against Petitioner Gregory Woullard. Petitioner is not entitled to a Certificate of Appealability or to appeal *in forma pauperis*.

DONE and ORDERED this 13th day of July, 2012.

s/Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE